UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>       Plaintiff,        )<br>                                              )<br>v.                                            )<br>                                              )<br>MICHAEL HALDORSON,        )<br>       Defendant.        ) | 15 CR 623<br>Honorable Matthew F. Kennelly |

**<u>DEFENDANT MICHAEL HALDORSON'S MOTION TO SUPPRESS EVIDENCE</u>**

The defendant, MICHAEL HALDORSON, by and through his attorney, Quinn A. Michaelis, pursuant to the Fourth Amendment to the Constitution of the United States, respectfully moves this Honorable court for an order suppressing as evidence in this case, all evidence obtained as a result of the defendant's unlawful detention and arrest and the unlawful search of the defendant's vehicle, namely the controlled substances, and destructive devices and materials recovered from the search of the vehicle. An accompanying memorandum of law is submitted contemporaneously and in support of this motion.

Respectfully submitted,

/s/Quinn A. Michaelis

Quinn A. Michaelis
Attorney For Michael Haldorson
150 North Michigan Avenue
Suite 800
Chicago, Illinois 60601
312-714-6920

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2016, I electronically filed the above

**DEFENDANT MICHAEL HALDORSON'S MOTION TO SUPPRESS**

with the Clerk of Court using the CM/ECF system to all listed parties in the case.

Respectfully Submitted on April 7, 2016.

By His Attorney,

s/ Quinn A. Michaelis

Quinn A. Michaelis
Attorney For Michael Haldorson
150 North Michigan Avenue
Suite 800
Chicago, Illinois 60601
312-714-6920