UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | 15 CR 623 |
| v. | ) | Honorable Matthew F. Kennelly |
| | ) | |
| MICHAEL HALDORSON, | ) | |
|     Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

NOW COMES Defendant, MICHAEL HALDORSON, by and through his attorney, QUINN A. MICHAELIS, pursuant to the Sixth Amendment to the Constitution of the United States, respectfully moves this Court for leave to file additional pre-trial motions, the need for which may arise as a result of any response of the government to Defendant's pre-trial motions, or from further review of discovery materials, and in support thereof state as follows:

1. This motion is made in good faith and not for the purpose of delay; and counsel represents that any further motions will address only issues brought to light as a result of the additional review of discovery.

    WHEREFORE, Defendant requests that this Court enter an order granting him leave to file additional pre-trial motions.

Respectfully submitted,

/s Quinn A. Michaelis
_____
Quinn A. Michaelis
Attorney for Michael Haldorson
150 N. Michigan Ave, Suite 800
Chicago, Illinois 60601
312-714-6920

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2016, I electronically filed the above

**DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

with the Clerk of Court using the CM/ECF system to all listed parties in the case.

Respectfully Submitted on April 7, 2016.

By His Attorney,

s/ Quinn A. Michaelis

Quinn A. Michaelis
Attorney For Michael Haldorson
150 North Michigan Avenue
Suite 800
Chicago, Illinois 60601
312-714-6920