**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| VS. | ) | CASE NO. 1:15-CR-00623-1 |
| | ) | |
| | ) | The Honorable Matthew F. Kennelly |
| **MICHAEL HALDORSON,** | ) | |
| *Also known as,* | ) | |
| *Mike Jones.* | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF MICHAEL HALDORSON**
**IN SUPPORT OF HIS APPLICATION FOR**
<u>**COURT-APPOINTED ATTORNEY REPRESENTATION**</u>

I, Michael Haldorson, the undersigned Affiant, hereby swears, affirms or, deposes the truth and accuracy of the following under penalties of perjury that:

1. I am the defendant in the above-captioned case.

2. I hereby represent that the following are known personally to me:

3. I have made efforts to obtain counsel by means other than appointment. I have asked all of my friends and family members for financial assistance. I am unable to obtain any money to pay for an attorney.

4. There have not been any other cases and appointments previously before this Court; nor are there any others currently pending. The only court-appointed attorney that I have had was Quinn Michaelis and that appointment was in this case.

5. I previously completed an affidavit of financial status. My circumstances are the same or worse. I do not have income and I do not have any money to pay an attorney.

6. I make this statement and Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of my knowledge.

AFFIANT SAYETH NO FURTHER.

Dated this 12th day of June, 2016.

Respectfully Submitted:

/s/ Michael Haldorson

_____

Michael Haldorson, Affiant

## VERIFICATION OF AFFIANT MICHAEL HALDORSON

I, Michael Haldorson, the undersigned Affiant, declare and state, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 12th day of June, 2016.

Respectfully Submitted:

/s/ Michael Haldorson

_____

Michael Haldorson, Affiant