UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 15 CR 623 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| MICHAEL P. HALDORSON ) | |

**RELEASE OF FORFEITURE AGREEMENT**

NOTICE IS HEREBY GIVEN by the United States of America that certain property named in a forfeiture agreement recorded with the Will County Recorder's Office on November 2, 2015, as Document Number R2015094652, is hereby released and discharged.

Accordingly, the lien is released and the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, shall be returned and mailed to the sureties.

The property affected by this release is located at 3460 Lockner Blvd., Joliet, Illinois, and described legally as follows:

> LOT 314, IN CRYSTAL LAWNS ADDITION, UNIT NO. 9, A SUBDIVISION OF PART OF THE SOUTHWEST QUARTER OF SECTION 26, IN TOWNSHIP 36 NORTH, IN RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JULY 30, 1969, AS DOCUMENT NO. R6913924, IN WILL COUNTY, ILLINOIS.

Permanent Index Number: 06-03-26-303-015-0000 (the "subject property").

Further information concerning this action may be obtained from the undersigned Assistant United States Attorney.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Bolling W. Haxall*
BOLLING W. HAXALL
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300